AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Lynn Richard Oberg

JUDGMENT IN A CIVIL CASE

v.

Asotin County, et al

CASE NUMBER: CV-06-359-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED   The First Amended Complaint is DISMISSED in part without prejudice and DISMISSED in part with prejudice. Plaintiff's claims are neither presently cognizable, nor do they state claims upon which relief may be granted by this court.

| | |
|---|---|
| 08/02/07 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Vikki Johnson |
| | (By) Deputy Clerk |
| | Vikki Johnson |