# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Plaintiff
Lyn Richard Oberg

\*\*AMENDED\*\*

JUDGMENT IN A CIVIL CASE

v.

Defendant's
Asotin County, et al

CASE NUMBER: CV-06-0359-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The First Amended Complaint is DISMISSED IN PART without prejudice (Equal Protection and Heck-barred claims) and DISMISSED IN PART with prejudice.

| February 25, 2009 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | s/ Vikki Johnson |
| | (By) Deputy Clerk |
| | Vikki Johnson |